UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROSEMARY G. McLAUGHLIN, ALBERT A.
TARANTINO, TERENCE McCUE, DOREEN E.
BERTONE, ROBERT R. LEBENSOLD, JACOB
VINCI, ROBERT W. HALL, JR., MICHELINA
WRIGHT, TIFFINAY NARDOZI, MICHELE
TARINTINO, MADELINE PELLIGRINO,
CHARLES McLAUGHLIN,

                          Plaintiffs,

     -against-

DOROTHY ALLEN, in her capacity as CITY CLERK
of the City of New Rochelle, CITY OF NEW
ROCHELLE, THE WESTCHESTER COUNTY
BOARD OF ELECTIONS, Carolee Sunderland
and Reginald Lafayette, Commissioners Constituting
the Board, ROBERTO LOPEZ, JOHN M. QUINLAN,
MICHAEL BROWN, MARGARET A. GODFREY,
candidates,

                          Defendants.
---------------------------------------------------------------X

ECF Case

03 Civ. 9886 (CLB)

**ANSWER OF
DEFENDANTS
ROBERTO LOPEZ
AND
JOHN M. QUINLAN**

**DEFENDANTS DEMAND
TRIAL BY JURY**

       Defendants Roberto Lopez, incorrectly served as Robert Lopez, and John M. Quinlan (collectively referred to as the "Individual Defendants") by their attorneys, GOODSTEIN & WEST, as and for their answer to the Complaint herein, respectfully allege as follows:

       1.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Complaint.

**IN ANSWER TO THE ALLEGATIONS CONCERNING "THE PARTIES"**

       2.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Complaint, except admit that

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF WESTCHESTER        )

      **ERICA SLOANE**, being duly sworn, deposes and says: that deponent is not a party to the action, is over the age of eighteen (18), and resides at New Rochelle, New York.

      That on January 9, 2004, your deponent served the within **Answer of Defendants Roberto Lopez and John M. Quinlan** upon:

| | |
|---|---|
| John Ciampoli, Esq.<br>99 Washington Avenue, Suite 702<br>Albany, New York 12210 | David L. Lewis, Esq.<br>Lewis & Fiore<br>225 Broadway. Suite 3300<br>New York, New York 10007 |
| Matthew I. Gallagher, Esq.<br>County Attorney for the County of Westchester<br>148 Martine Avenue<br>White Plains, New York 10601 | Alan D. Scheinkman, Esq.<br>Delbello, Donnellan, Weingarten Tartaglia<br>Wise & Wiederkehr, LLP<br>One North Lexington Avenue<br>White Plains, New York 10605 |
| Michael Brown<br>28 Potters Lane<br>New Rochelle, New York 10805 | Margaret Godfrey<br>28 Bayview Avenue<br>New Rochelle, New York 10805 |

by depositing the same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of The United States Post Office.

                                                                                             _____
                                                                                                Erica Sloane

Sworn to before me this
9th day of January, 2004

_____
Notary Public
ROBERT DAVID GOODSTEIN
Notary Public, State of New York
No. 4753034
Qualified in Westchester County
Term Expires Jan. 31, 1\_\_\_
2006